IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID-EARLE CLUM, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:09CV280 |
| | ) | |
| KELLY S. KING, d/b/a Kelly S. King, | ) | |
| Chief Operating Officer, Branch | ) | |
| Banking and Trust Company of | ) | |
| Virginia, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Upon review of the file, **IT IS RECOMMENDED** that Defendants' motion to dismiss with prejudice (Docket No. 20) be granted as unopposed. Plaintiff has filed no response and the time for response has run. Further, the motion should be granted for the reasons set forth in Defendants' memorandum of September 30, 2009.

                                            /s/ P. Trevor Sharp
                                        United States Magistrate Judge

Date: November 5, 2009